UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA,** *ex rel*, **TRACI MCNEIL**  |  **CIVIL ACTION**

**VERSUS**  |  **No. 14-2247**

**TARUN JOLLY, ET AL.**  |  **SECTION I**

## AMENDED ORDER OF DISMISSAL

Considering the unopposed motion[1] by the United States and the relator to amend the order[2] of dismissal,

**IT IS ORDERED** that the motion is **GRANTED. IT IS FURTHER ORDERED** that as to the relator, the False Claims Act ("FCA") claims against defendants UTC Laboratories, LLC a/k/a RenRX, and Tarun Jolly, M.D. are **DISMISSED WITH PREJUDICE**, except with respect to: 1) the request by relator for attorney's fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d)(1); and 2) the claim by relator under 31 U.S.C. §§ 3730(b)(5), 3730(d), and 3730(e)(3) to a share of the proceeds of the settlement.

**IT IS FURTHER ORDERED** that as to the United States, the claims under the FCA against defendants UTC Laboratories, LLC a/k/a RenRX, and Tarun Jolly, M.D. are **DISMISSED WITH PREJUDICE** with respect to the Covered Conduct released in the Settlement Agreement and **DISMISSED WITHOUT PREJUDICE** with respect to any other claims.

---

[1] R. Doc. No. 48.
[2] R. Doc. No. 47.

**IT IS FURTHER ORDERED** that the remaining claims under the FCA against the remaining defendants are voluntarily **DISMISSED** by the relator and with the consent of the United States.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction for all purposes, including enforcing the settlement entered into by the parties and resolving any attorney's fees and costs and relator share issues.

New Orleans, Louisiana, October 22, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**